```
United States of America,       )
                                )
            Plaintiff,           )
                                )
        v.                       )
                                )   No. CR-06-00698-DLJ
                                )
VERNON ALVIN LOUISVILLE, Jr.,   )
                                )   ORDER
            Respondent.          )
_____)
```

On May 19, 2011 Vernon Louisville, Jr. ("Louisville") filed a Notice of Ex Parte Application for Pre-Jail Time Credit with this Court requesting "pre-jail time" credits. Louisville has not elaborated in great detail about the facts underlying his request. He asserts that because he was already in the custody of the U.S. Marshal when he was transferred into State custody to serve time on a parole violation that it was an error for him not to have been given "pre-jail" time credit for time that he was held in State custody.

The matter Louisville seeks to place before the Court, however, is not within the authority of the Court to determine. Under 18 U.S.C. § 3568, the responsibility for computing sentences and awarding prisoners credit for jail time already served lies with the Attorney General and the Bureau of Prisons. 18 U.S.C. § 3568; United States v. Clayton, 588 F.2d 1288, 1292 (9th Cir. 1979); see also Brown v. Rison, 895 F.2d 533, 535 (9th Cir. 1990). As this matter is not within the appropriate purview of the Court, the Motion is DENIED.

IT IS SO ORDERED

Dated:     May 26, 2011

_____
D. Lowell Jensen
United States District Judge