BARRY J. PORTMAN
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
19th Floor, Federal Building, Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant LOUISVILLE

FILED
OCT 31 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,          ) | No. CR 06-698 DLJ |
|---|---|
| Plaintiff,                         ) | STIPULATION AND [PROPOSED] |
| vs.                                ) | ORDER REGARDING SENTENCE |
|                                    ) | REDUCTION UNDER U.S.S.G. § |
| VERNON ALVIN LOUISVILLE, JR.,      ) | 1B1.10(b)(1) (AS AMENDED BY 750, |
|                                    ) | PARTS A & C) |
| Defendant.                         ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. The defendant is making an unopposed motion for a modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

   Total Offense Level:  21

   Criminal History Category:  VI

   Guideline Range:  72-96

   Mandatory Minimum: 0 months

3. Defendant was sentenced to 84 months imprisonment on June 6, 2008.

4. According to the Bureau of Prisons, defendant's current projected release date is

        November 20, 2012.

5.   Effective November, 1, 2011, defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 750, Parts A and C, of the United States Sentencing Guidelines Manual.

6.   Defendant's revised guideline calculation is as follows:

Total Offense Level:   15

Criminal History Category:   VI

Guideline Range:   41-51 months

7.   The parties have no reason to dispute the Reduction of Sentence Report submitted to the Court by the probation office.

8.   Based upon the foregoing, the parties hereby stipulate that the Court may enter an order effective November 1, 2011, reducing defendant's sentence to 51 months.

9.   The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed, with one exception: as a condition of supervised release, upon release, the defendant shall spend three months in a halfway house. The reason for this condition is to ensure that the defendant has the opportunity to transition from incarceration into society rather than being released straight to society.

10.   Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007).

11.   Defendant waives his right to appeal the district court's sentence.

12.   Accordingly, the parties agree that an amended judgment may be entered by the Court in accordance with this stipulation pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(b)(1), Amendment 750, Parts A and C, of the Sentencing Commission Guidelines Manual. The parties agree that a proposed amended judgment will be submitted to the

Court by the probation office, along with the Sentencing Reduction Investigation Report.

13. The parties agree that the Court may sign the amended judgment prior to November 1, 2011, so long as the amended judgment is not effective until November 1, 2011. The purpose of signing the order prior to November 1, 2011, is to allow the Bureau of Prisons adequate time to adjust the defendant's release date by the time the guideline amendment is effective on November 1, 2011.

IT IS SO STIPULATED:

Date: 10/28/11

/s/
_____
RITA BOSWORTH
Assistant Federal Public Defender

Date: 10/28/11

/s/
_____
J. DOUGLAS WILSON
Assistant United States Attorney

[PROPOSED] ORDER

Upon consideration of the stipulation submitted by the parties, it is hereby ORDERED that the defendant's sentence is reduced to 51 months; and it is further ORDERED that all original conditions of supervision, fines, restitution, and special assessment remain as previously imposed, with the sole exception that as a condition of supervised release, upon release, the defendant shall spend three months in a halfway house.

Date: Oct 31, 2011

_____
D. LOWELL JENSEN
United States District Judge